

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2018

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

# O R D E R

 Debra Doolittle's notification of late record is hereby GRANTED. The filing of volume 5 of the reporter's record is pending.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court